UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HENRY GOMEZ MEJIA,

Plaintiff,

-against-

FRANK BISIGNANO,
COMMISSIONER OF SOCIAL SECURITY.,

Defendant.

26 CIVIL 01403 (SN)

# JUDGMENT

It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Stipulation and Order dated November 9, 2026, this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings, a new hearing, and issuance of a new decision. The Clerk is directed to enter judgment. See Shalala v. Schaefer, 509 U.S. 292 (1993).

**Dated:** New York, New York
November 12, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**